# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>            Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC, SERIES 5526<br>MOONLIGHT GARDEN STREET,<br><br>            Defendants. | Case No. 2:16-cv-01346-JCM-CWH<br><br>**ORDER** |

      Presently before the Court is the parties' Joint Stipulation to Stay Discovery (ECF No. 12), filed on August 25, 2016. The Court finds that good cause exists to stay discovery pending resolution of the motion to dismiss (ECF No. 6).

      IT IS THEREFORE ORDERED that the parties' Joint Stipulation to Stay Discovery (ECF No. 12) is GRANTED.

      IT IS FURTHER ORDERED that if the district judge denies the motion to dismiss, then the parties must meet and confer and file a proposed discovery plan and scheduling order within 14 days from the date of the order denying the motion to dismiss. The proposed discovery plan must comply with Local Rule 26-1(b), with discovery deadlines measured from the date of the order on the motion to dismiss.

      DATED: August 30, 2016

                                                        _____
                                                        **C.W. Hoffman, Jr.**
                                                       **United States Magistrate Judge**