ZIEVE, BRODNAX & STEELE, LLP
Shadd A. Wade, Esq.
Nevada Bar No. 11310
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel:   (702) 948-8565
Fax:   (702) 446-9898
swade@zbslaw.com
sdolembo@zbslaw.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| USROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC, SERIES 5526 MOONLIGHT GARDEN STREET,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS. | Case No.:   2:16-cv-01346<br><br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

J. Stephen Dolembo, Esq. hereby gives notice that J. Stephen Dolembo, Esq. is no longer an attorney associated with Wright, Finlay & Zak, LLP. J. Stephen Dolembo, Esq. requests that he no longer receive notices related to this case. WRIGHT, FINLAY & ZAK, LLP will remain

///

///

///

///

///

counsel of record and should continue to receive notices related to this case.

DATED this __27th___ day of September, 2017.

IT IS SO ORDERED.

DATED: 9/29/17

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

ZIEVE, BRODNAX & STEELE, LLP

___/s/ J. Stephen Dolembo, Esq._____
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel:   (702) 948-8565
Fax:   (702) 446-9898
swade@zbslaw.com
sdolembo@zbslaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of ZIEVE, BRODNAX & STEELE, LLP; that service of the foregoing **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** was made on the ___27th__ day of September, 2017, by electronic service to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

 /s/ Ryan Bradford_____
An employee of ZIEVE, BRODNAX & STEELE, LLP