WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Corrine P. Murphy, Esq.
Nevada Bar No. 10410
7785 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
cmurphy@wrightlegal.net
*Attorney for Plaintiff, USROF III Legal Title Trust 2015-1, By U.S. Bank National Association, as Legal Title Trustee*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| USROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE, <br><br> Plaintiff, <br><br> vs. <br><br> SATICOY BAY LLC, SERIES 5526 MOONLIGHT GARDEN STREET, <br><br> Defendant. | Case No.: 2:16-cv-01346-JCM-CWH <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |

Plaintiff, USROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE ("U.S. Bank" or "Plaintiff"), and Defendant, SATICOY BAY LLC, SERIES 5526 MOONLIGHT GARDEN STREET ("Saticoy" or "Defendant") (collectively, the "Parties"), by and through their respective counsels of record, hereby submit the following Stipulation and Order to extend the discovery deadlines.

**A. DISCOVERY COMPLETED TO DATE:**

1. On September 14, 2017, the Court filed a Scheduling Order [ECF No. 22] setting forth the following discovery deadlines:

        Close of Discovery:        December 26, 2017

        Motion to Amend Deadline:   September 27, 2017

        Initial Expert Disclosure:   June 15, 2017[1]

        Rebuttal Expert Disclosure:   July 14, 2017[2]

        Dispositive Motion Deadline: January 25, 2018

2. Saticoy served its FRCP 26(f) Conference List of Witnesses and Documents on February 15, 2017.

3. U.S. Bank served its FRCP 26(f) Conference List of Witnesses and Documents on March 1, 2017.

4. Saticoy served its First Set of Interrogatories to U.S. Bank on March 7, 2017.

5. Saticoy served its First Request for Admissions to U.S. Bank on March 7, 2017.

6. Saticoy served its First Request for Production of Documents to U.S. Bank on March 7, 2017.

7. U.S. Bank served its Expert Disclosure on June 9, 2017.

8. Saticoy served its Rebuttal Expert Disclosure on July 7, 2017

9. U.S. Bank served its First Set of Interrogatories to Saticoy on November 22, 2017.

10. U.S. Bank served its First Set of Requests for Production of Documents to Saticoy on November 22, 2017.

11. U.S. Bank served its First Set of Requests for Admissions to Saticoy on November 22, 2017.

---

[1] Unchanged from the 2/17/2017 Scheduling Order [ECF No. 17].
[2] Unchanged from the 2/17/2017 Scheduling Order [ECF No. 17].

12. U.S. Bank answered Saticoy's First Request for Admissions on November 28, 2017.

13. U.S. Bank served a Subpoena Duces Tecum on Timber Creek Homeowners Association on November 30, 2017.

14. U.S. Bank served a Subpoena Duces Tecum on Nevada Association Services on November 30, 2017.

**B. <u>DISCOVERY ANTICIPATED TO BE COMPLETED IN THE FUTURE:</u>**

1. Depositions of Fact and Percipient Witnesses.

2. Written discovery by potentially added HOA and HOA Trustee.

3. U.S. Bank to respond to remaining outstanding written discovery from Saticoy.

4. Saticoy to respond to remaining outstanding written discovery from U.S. Bank.

**C. <u>REASONS WHY DISCOVERY SHOULD BE EXTENDED:</u>**

The Parties are conducting discovery in this matter. A NRED mediation with the Timber Creek Homeowners Association (the "HOA") and its Trustee, Nevada Association Services ("HOA Trustee"), was completed. The NRED mediation, a prerequisite to U.S. Bank seeking to add the HOA or HOA Trustee, was not successful. As a result, U.S. Bank sought leave of this Court to file a First Amended Complaint [ECF No. 24] ("FAC") naming the HOA and HOA Trustee as Defendants. Saticoy opposed the motion on the grounds the proposed FAC contained previously dismissed causes of action against Saticoy. [ECF No. 26, 2:13-3:14]. U.S. Bank replied, attaching an amended FAC, removing the dismissed causes of action against Saticoy. [ECF No. 27]. That matter remains pending before the Court.

The Parties wish to continue the discovery set forth above in an effort to further evaluate this matter and explore the possibility of settlement. An extension of the current discovery

deadlines is necessary to allow all Parties, including the potentially soon to be named HOA and HOA Trustee, to participate in and complete discovery. Furthermore, due to strain of the holiday schedule and limited availability of deponents, the Parties need additional time to ensure witness availability for depositions. The parties are requesting a 90 day extension to allow sufficient time to schedule depositions and complete other outstanding discovery that may become necessary, as well as continue to explore settlement.

**D. PROPOSED DISCOVERY EXTENSION:**

    **1. The current discovery deadlines**

| | |
|---|---|
| Deadline to complete discovery: | December 26, 2017 |
| Motion to amend pleadings or add parties | September 27, 2017 |
| Initial Expert Disclosures | June 15, 2017 |
| Rebuttal Expert Disclosures | July 14, 2017 |
| Dispositive Motion Deadline | January 25, 2018 |

    **2. Proposed extended discovery deadlines:**

| | |
|---|---|
| Deadline to complete discovery: | **March 26, 2018** |
| Motion to amend pleadings or add parties | September 27, 2017 (unchanged) |
| Initial Expert Disclosures | June 15, 2017 (unchanged) |
| Rebuttal Expert Disclosures | July 14, 2017 (unchanged) |
| Dispositive Motion Deadline | **April 25, 2018** |

*///*

*///*

*///*

*///*

IT IS SO STIPULATED.

DATED this 6th day of December, 2017.          DATED this 6th day of December, 2017.

WRIGHT, FINLAY & ZAK, LLP                      LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD

*/s/ Corrine P. Murphy*                        */s/ Michael F. Bohn*
Edgar C. Smith, Esq.                           Michael F. Bohn, Esq.
Nevada Bar No. 5506                            Nevada Bar No. 1641
Corrine P. Murphy, Esq.                        Adam R. Trippiedi
Nevada Bar No. 10410                           Nevada Bar No. 12294
7785 W. Sahara Ave., Suite 200                 376 East Warm Springs Road, Ste. 140
Las Vegas, Nevada 89117                        Las Vegas, Nevada 8919
*Attorneys for Plaintiff, USROF III Legal Title Trust 2015-1, By U.S. Bank National Association, as Legal Title Trustee*    *Attorney for Defendant, Saticoy Bay LLC Series 5526 Moonlight Garden Street*

**Case Number:** 2:16-cv-01346

**ORDER**

IT IS SO ORDERED.

Dated this _ December 14 _, 2017.

_____
U.S. MAGISTRATE JUDGE

Submitted by:

WRIGHT, FINLAY & ZAK, LLP

*/s/ Corrine P. Murphy*
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Corrine P. Murphy, Esq.
Nevada Bar No. 10410
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, USROF III Legal Title Trust 2015-1, By U.S. Bank National Association, as Legal Title Trustee*