WRIGHT, FINLAY & ZAK, LLP
Dana Jonathan Nitz, Esq.
Nevada Bar No. 0050
Corrine P. Murphy, Esq.
Nevada Bar No. 10410
7785 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmurphy@wrightlegal.net
*Attorney for Plaintiff, USROF III Legal Title Trust 2015-1, By U.S. Bank National Association, as Legal Title Trustee*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| USROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC, SERIES 5526 MOONLIGHT GARDEN STREET<br><br>Defendants. | Case No.: 2:16-cv-01346<br><br>**STIPULATION AND ORDER TO SET DEFENDANT SATICOY BAY'S 30(b)(6) DEPOSITION OUTSIDE THE CLOSE OF DISCOVERY** |

Plaintiff, USROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee ("Plaintiff" or "U.S. Bank"), and Defendant Saticoy Bay, LLC, Series 5526 Moonlight Garden Street, ("Defendant" or "Saticoy Bay"), hereby state and stipulate as follows:

1. Discovery closes March 26, 2018 [ECF No. 30].

2. On February 22, 2018, U.S. Bank issued its *Notice of Deposition of Saticoy Bay LLC, Series 5526 Moonlight Garden Street*, setting a March 22, 2018, deposition date.

3. Saticoy Bay identified Iyad Haddad as its designated 30(b)(6).

4. Because of Mr. Haddad's voluminous deposition schedule, he is not available on March 22, 2016. Mr. Haddad is not available prior to the March 26, 2018, close of discovery.

5. Mr. Haddad is tentatively scheduled to appear for another deposition in U.S. Bank's counsel's office on April 13, 2018, on an unrelated case; therefore

THE PARTIES HEREBY STIPULATE that Mr. Haddad's deposition may be scheduled after the close of discovery, likely April 13, 2018. If Mr. Haddad's deposition cannot be scheduled on April 13, 2018, it must be scheduled no later than April 20, 2018.

| It is so stipulated: | It is so stipulated: |
|---|---|
| DATED: March 21, 2018. | DATED: March 21, 2018 |
| WRIGHT, FINLAY & ZAK, LLP | LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD |
| */s/ Corrine P. Murphy*<br>Dana Jonathan Nitz, Esq.<br>Nevada Bar No. 0050<br>Corrine P. Murphy, Esq.<br>Nevada Bar No. 10410<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Plaintiff, USROF III Legal Title Trust 2015-1, By U.S. Bank National Association, as Legal Title Trustee* | */s/Adam Tripieddi*<br>Michael F. Bohn, Esq<br>Nevada Bar No. 1641<br>Adam Tripieddi, Esq.<br>Nevada Bar No. 13973<br>376 East Warm Springs Road, Ste. 140<br>Las Vegas, Nevada 8919<br>*Attorney for Defendant, Saticoy Bay LLC Series 5526 Moonlight Garden Street* |

*USROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee v. Saticoy Bay LLC, Series 5526 Moonlight Garden Street*
Case No.: 2:16-cv-01346

# ORDER

IT IS SO ORDERED.

Dated March 22, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

WRIGHT, FINLAY & ZAK, LLP

*/s/ Corrine P. Murphy*
Dana Jonathan Nitz, Esq.
Nevada Bar No. 0050
Corrine P. Murphy, Esq.
Nevada Bar No. 10410
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, USROF III Legal Title Trust 2015-1, By U.S. Bank National Association, as Legal Title Trustee*