WRIGHT, FINLAY & ZAK, LLP
Dana Jonathan Nitz, Esq.
Nevada Bar No. 0050
Corrine P. Murphy, Esq.
Nevada Bar No. 10410
7785 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmurphy@wrightlegal.net
*Attorney for Plaintiff, USROF III Legal Title Trust 2015-1, By U.S. Bank National Association, as Legal Title Trustee*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| USROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC, SERIES 5526 MOONLIGHT GARDEN STREET<br><br>Defendants. | Case No.: 2:16-cv-01346<br><br>**STIPULATION AND ORDER TO ALLOW ADDITIONAL PRODUCTION OF DOCUMENTS AND DISCOVERY RESPONSES OUTSIDE THE CLOSE OF DISCOVERY AND RE-SET THE DISPOSITIVE MOTION DEADLINE DATE [FIRST REQUEST]** |

Plaintiff, USROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee ("Plaintiff" or "U.S. Bank"), and Defendant Saticoy Bay, LLC, Series 5526 Moonlight Garden Street, ("Defendant" or "Saticoy Bay"), hereby state and stipulate as follows:

1. Discovery closes March 26, 2018. [ECF No. 30.]

2. The dispositive motion deadline is April 25, 2018. Id.

3. Saticoy Bay issued written discovery requests to U.S. Bank.

4. U.S. Bank responded to those discovery requests.

5. Saticoy Bay has requested additional documents, clarifications and privilege logs regarding certain documents and asserts U.S. Bank must supplement their written discovery responses.

6. In an effort to comply with both the letter and the intent of the discovery rules, the parties have been actively and cooperatively working so that U.S. Bank may supplement their discovery responses and production.

7. Despite very diligent efforts, U.S. Bank will not be able to produce all their intended additional discovery responses and production prior to the March 26, 2018, deadline; therefore

THE PARTIES HEREBY STIPULATE that the parties may supplement production and discovery responses after the close of discovery, up to April 25, 2018;

THE PARTIES FURTHER STIPULATE that in light of the extension of production, the dispositive motion deadline date will also be moved 30 days to **Friday May 25, 2018**.

| It is so stipulated: | It is so stipulated: |
|---|---|
| DATED: March 26, 2018. | DATED: March 26, 2018 |
| WRIGHT, FINLAY & ZAK, LLP | LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD |
| */s/ Corrine P. Murphy*<br>Dana Jonathan Nitz, Esq.<br>Nevada Bar No. 0050<br>Corrine P. Murphy, Esq.<br>Nevada Bar No. 10410<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Plaintiff, USROF III Legal Title Trust 2015-1, By U.S. Bank National Association, as Legal Title Trustee* | */s/ Nikoll Nikci*<br>Michael F. Bohn, Esq<br>Nevada Bar No. 1641<br>Nikoll Nikci, Esq.<br>Nevada Bar No. 10699<br>376 East Warm Springs Road, Ste. 140<br>Las Vegas, Nevada 8919<br>*Attorney for Defendant, Saticoy Bay LLC Series 5526 Moonlight Garden Street* |

*USROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee v. Saticoy Bay LLC, Series 5526 Moonlight Garden Street*
Case No.: 2:16-cv-01346

**ORDER**

IT IS SO ORDERED.

Dated  March 27, 2018

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

WRIGHT, FINLAY & ZAK, LLP

*/s/ Corrine P. Murphy*
Dana Jonathan Nitz, Esq.
Nevada Bar No. 0050
Corrine P. Murphy, Esq.
Nevada Bar No. 10410
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, USROF III Legal Title Trust 2015-1, By U.S. Bank National Association, as Legal Title Trustee*