WRIGHT, FINLAY & ZAK, LLP
Dana Jonathan Nitz, Esq.
Nevada Bar No. 0050
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmurphy@wrightlegal.net
*Attorney for Plaintiff, USROF III Legal Title Trust 2015-1, By U.S. Bank National Association, as Legal Title Trustee*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| USROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br>vs.<br><br>SATICOY BAY LLC, SERIES 5526 MOONLIGHT GARDEN STREET<br><br>Defendants. | Case No.: 2:16-cv-01346-JCM-CWH<br><br>**STIPULATION AND ORDER TO SUBSTITUTE REAL PARTY IN INTEREST AND AMEND CAPTION** |

Plaintiff, USROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee ("Plaintiff" or "U.S. Bank"), and Defendant Saticoy Bay, LLC, Series 5526 Moonlight Garden Street, ("Defendant" or "Saticoy Bay"), by and through their respective attorneys of record, hereby state and stipulate as follows:

WHEREAS, on June 15, 2016, Plaintiff filed Case No. 2:16-cv-01346-JCM-CWH ("Action") against Saticoy Bay to quiet title to the Subject Property as to the Deed of Trust recorded in the official records of the Clark County Recorder's Office on May 29, 2009 as Instrument No. 20090529-0006121 ("Subject Deed of Trust");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") was nominee for Pulte Mortgage, LLC, the beneficiary of the Subject Deed of Trust pursuant to the terms thereunder;

WHEREAS, on or about October 5, 2011, MERS, solely as nominee for PULTE MORTGAGE, LLC, assigned the interest in the Subject Deed of Trust to BANK OF AMERICA, N.A., SUCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRY WIDE HOME LOANS SERVICING, LP via an Assignment of Deed of Trust recorded in the official records of the Clark County Recorder's Office on October 5, 2011, as Instrument No. 201110050000844;

WHEREAS, on or about May 28, 2014, BANK OF AMERICA, N.A., SUCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRY WIDE HOME LOANS SERVICING, LP, assigned the interest in the Subject Deed of Trust to SECRETARY OF HOUSING AND URBAN DEVELOPMENT via a Assignment of Deed of Trust recorded in the official records of the Clark County Recorder's Office on May 28, 2014, as Instrument No. 20140528-0001679.

WHEREAS, on or about June 18, 2014, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, assigned the interest in the Subject Deed of Trust to U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SROF2013-S3 REMIC TRUST I via a Assignment of Deed of Trust recorded in the official records of the Clark County Recorder's Office on June 18, 2014, as Instrument No. 20140618-0000745.

WHEREAS, on or about October 1, 2015, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SROF2013-S3 REMIC TRUST I, assigned the interest in the Subject Deed of Trust to U.S.ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE ("U.S. Bank") via a Assignment of Deed of Trust recorded in the official records of the Clark County Recorder's Office on October 1, 2015, as Instrument No. 20151001-0002824.

WHEREAS, on or about October 21, 2016, U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE, assigned the interest in the Subject Deed of Trust to PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE ("U.S. Bank") via a

Assignment of Deed of Trust recorded in the official records of the Clark County Recorder's Office on October 21, 2016, as Instrument No. 20161021-0000962.

WHEREAS, on or about December 9, 2016, PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE, assigned the interest in the Subject Deed of Trust to PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE ("U.S. Bank") via a Assignment of Deed of Trust recorded in the official records of the Clark County Recorder's Office on December 9, 2016, as Instrument No. 20161209-0000137.

WHEREAS, on or about February 13, 2018, PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE, assigned the interest in the Subject Deed of Trust to PROF-2013-S3 LEGAL TITLE TRUST V, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE ("U.S. Bank") via a Assignment of Deed of Trust recorded in the official records of the Clark County Recorder's Office on February 13, 2018, as Instrument No. 20180213-0002436.

WHEREAS, the parties, by and through their undersigned counsels of record, hereby stipulate to substitute PROF-2013-S3 LEGAL TITLE TRUST V, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE as the Plaintiff in this action in the place and stead of USROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE;

///
///
///
///
///
///
///
///
///

IT IS SO STIPULATED AND AGREED:

DATED: June 26, 2018.   DATED: June 26, 2018.

WRIGHT, FINLAY & ZAK, LLP   LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD

*/s/ Yanxiong Li, Esq.*
Dana Jonathan Nitz, Esq.
Nevada Bar No. 0050
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, USROF III Legal Title Trust 2015-1, By U.S. Bank National Association, as Legal Title Trustee*

*/s/ Nikoll Nicki, Esq.*
Michael F. Bohn, Esq
Nevada Bar No. 1641
Nikoll Nikci, Esq.
Nevada Bar No. 10699
376 East Warm Springs Road, Ste. 140
Las Vegas, Nevada 8919
*Attorney for Defendant, Saticoy Bay LLC Series 5526 Moonlight Garden Street*

LIPSON NEILSON, P.C.

*/s/ Karen Kao, Esq.*
John William Ebert, Esq.
Nevada Bar No. 2697
Karen Kao, Esq.
Nevada Bar No. 14386
LIPSON NEILSON, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
*Attorneys for Timber Creek Homeowners' Association*

*///*

*///*

*///*

*///*

*///*

*///*

*///*

*///*

*///*

*///*

*///*

**ORDER**

IT IS HEREBY ORDERED that the Plaintiff in this action, . USROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE, be and hereby is substituted in this action by PROF-2013-S3 LEGAL TITLE TRUST V, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE;

IT IS FURTHER ORDERED that future pleadings reflect the Plaintiff as PROF-2013-S3 LEGAL TITLE TRUST V, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE.

IT IS SO ORDERED.

Dated June 28, 2018 .

_____
UNITED STATES MAGISTRATE JUDGE