MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Ste. 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX
Attorney for defendant Saticoy Bay LLC Series
5526 Moonlight Garden Street

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST V, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 5526 MOONLIGHT GARDEN STREET; TIMBER CREEK HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; and NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation,<br><br>Defendants | CASE NO.:2:16-CV-01346-JCM-CWH |

**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE (First Request)**

IT IS STIPULATED AND AGREED by and between the plaintiff, Prof-2013-S3 Legal Title Trust V, by U.S. Bank National Association, as Legal Title Trustee, by and through its attorney, Yanxiong Li, Esq., and defendant Saticoy Bay LLC Series 5526 Moonlight Garden Street, by and through its attorney Adam R. Trippiedi, Esq. as follows:

1. Defendant Saticoy Bay LLC Series 5526 Moonlight Garden Street shall have until August 8, 2018 to file and serve its opposition to plaintiff's Motion for Summary Judgment Based on Prior Discharge of Superpriority Lien (ECF 59) filed on July 11, 2018;

1

2. Plaintiff U.S. Bank National Association, as Legal Title Trustee shall have until August 8, 2018 to file and serve its opposition to defendant's Motion for Summary Judgment(ECF 58) filed on July 11, 2018.

3. This is the first extension to which the parties have sought regarding this motion. Plaintiff and defendant seeks additional time due to the press of business as counsel has deadlines in this matter as well as other cases. This extension is not intended to delay these proceedings and granting defendant's request will not prejudice any party.

DATED this 1st day of August, 2018.

| WRIGHT, FINLAY & ZAK, LLP | LAW OFFICES OF MICHAEL F. BOHN, ESQ. LTD. |
|---|---|
| By: /s/ /Yanxiong Li, Esq./<br>Dana Jonathon Nitz, Esq.<br>Yanxiong Li, Esq.<br>7785 W. Sahara Ave, Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for plaintiff Prof-2013-S3 legal Title Trust V, by U.S. Bank National Association, as Legal Title Trustee* | By: /s/ /Adam R. Trippiedi, Esq. /<br>Michael F. Bohn, Esq.<br>Adam R. Trippiedi, Esq.<br>2260 Corporate Circle, Suite 480,<br>Henderson, Nevada 89074<br>*Attorney for defendant Saticoy Bay LLC Series 5526 Moonlight Garden Street* |

IT IS SO ORDERED August 3, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

2