WRIGHT, FINLAY & ZAK, LLP
Dana Jonathan Nitz, Esq.
Nevada Bar No. 0050
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmurphy@wrightlegal.net
*Attorney for Plaintiff, PROF-2013-S3 Legal Title Trust V, By U.S. Bank National Association, as Legal Title Trustee*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST V, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC, SERIES 5526 MOONLIGHT GARDEN STREET; TIMBER CREEK HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation and NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation,<br><br>Defendants. | Case No.: 2:16-cv-01346-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY**<br>**(First Request)** |

IT IS STIPULATED AND AGREED by and between the Plaintiff, PROF-2013-S3 LEGAL TITLE TRUST V, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE ("Plaintiff" or "U.S. Bank"), and Defendant Saticoy Bay, LLC, Series 5526 Moonlight Garden Street, ("Defendant" or "Saticoy Bay"), by and through their respective attorneys of record, hereby state and stipulate as follows:

Plaintiff filed its Motion for Summary Judgment Based on Bourne Valley and Supremacy Clause (ECF 62) on July 11, 2018.

Saticoy filed its Opposition to Plaintiff's Motion on August 8, 2018 making Plaintiff's reply deadline August 15, 2018.

The parties agree that Plaintiff shall have until August 22, 2018 to file and serve its Reply In Support of Its Motion.

This is the first extension to which the parties have sought regarding this motion. Plaintiff seeks additional time due to the press of business as counsel has deadlines in this matter as well as other cases. This extension is not intended to delay these proceedings and granting Plaintiff's request will not prejudice any party.

IT IS SO STIPULATED AND AGREED:

DATED: August 9, 2018.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Yanxiong Li, Esq.*
Dana Jonathan Nitz, Esq.
Nevada Bar No. 0050
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, PROF-2013-S3 Legal Title Trust V, By U.S. Bank National Association, as Legal Title Trustee*

DATED:  August 9, 2018.

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD

*/s/ Nikoll Nicki, Esq.*
Michael F. Bohn, Esq
Nevada Bar No. 1641
Nikoll Nikci, Esq.
Nevada Bar No. 10699
376 East Warm Springs Road, Ste. 140
Las Vegas, Nevada 8919
*Attorney for Defendant, Saticoy Bay LLC Series 5526 Moonlight Garden Street*

## **ORDER**

IT IS SO ORDERED.

Dated  August 13, 2018 .

_____
UNITED STATES DISTRICT JUDGE